1  JOHN DINAPOLI (SBN 84365)
   STEVEN J. SIBLEY (SBN 152365)
2  DINAPOLI & SIBLEY
   Ten Almaden Boulevard, Suite 1250
3  San Jose, CA 95113-2271
   Telephone:   (408) 999-0900
4  Facsimile:   (408) 999-0191
   e-mail:      jfd@dslaw.net
5
   Attorneys for Defendants PHILLIPS &
6  BURNS, LLC, ANGELA PRICE,
   a.k.a, ANGELA RUSSO
7

8        UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10 | JASON MUSSYNSKI                  | Case No. C-07-04828 JW

11 |    Plaintiff ,                   | **CERTIFICATE OF SERVICE**

12 | v.

13 | PHILLIPS & BURNS, LLC, ANGELA
   | PRICE, and ANGELA RUSSO
14
15 |    Defendants.

# CERTIFICATE OF SERVICE

## (28 U.S.C. §1746; CIVIL L.R. 5-6)

I am a citizen of Brazil.  My business address is DiNapoli & Sibley, Ten Almaden Boulevard, Suite 1250, San Jose, California 95113-2271.  I am employed in the County of Santa Clara, California, where this service occurred.  I am over the age of 18 years, and not a party to the within cause.  I am readily familiar with the normal business practice of DiNapoli & Sibley for collection and processing of correspondence for mailing with the U. S. Postal Service, and that practice is that correspondence is deposited with the U. S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following the ordinary business practice, I served the following document(s):

**ANSWER TO UNVERIFIED COMPLAINT**

by enclosing a true copy thereof in a sealed envelope and placing it for collection and service that same day in the ordinary course of business.

__X_  (BY MAIL)   I caused such envelope with first-class postage thereon fully prepaid to be placed in the United States mail at San Jose, California, addressed to the parties as follows:

Ronald Wilcox
Attorney at Law
2160 The Alameda, Suite F, 1st Floor
San Jose, CA 95126

___  (BY PERSONAL SERVICE)  I caused such envelope to be delivered by hand this date to the offices of the addressee(s) as follows:

___  (BY OVERNIGHT DELIVERY)  I caused such envelope to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the parties as follows:

____(BY E-MAIL).    I caused the document to be delivered to adverse counsel, _____by e-mail to _____

___  (BY TELECOPIER)  I caused such document(s) to be served by facsimile transmission to the parties identified below:

The telephone number of the sending facsimile machine was (408) 999-0191.  The telephone number of the receiving facsimile machine was (408) 296-0486.  A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States  that the foregoing is true and correct.

DATED:      November 7, 2007                        /s/ Ana Vanderley

                                                                                ANA VANDERLEY