Ronald Wilcox, State Bar No. 176601
Attorney at Law
2160 The Alameda, Suite F, 1st Floor
San Jose, California 95126
Telephone Number: (408) 296-0400
Facsimile Number: (408) 296-0486

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JASON MUSSYNSKI,<br><br>         Plaintiff,<br><br>v.<br><br>PHILLIPS & BURNS, LLC, ANGELA PRICE, and ANGELA RUSSO,<br><br>         Defendants. | Case No. 07-04828 JW HRL<br><br>STIPULATION TO AMEND THE COMPLAINT and [PROPOSED] ORDER |

The parties hereby stipulate to allow the Plaintiff to amend or supplement the Complaint. The Amended Complaint is attached as **Exhibit A**. Defendants shall have 20 days to ~~answer~~ respond.

_____         12/20/07
Ronald Wilcox, Attorney for Plaintiff      Date

_____         12/19/07
John Dinapoli, Attorney for Defendants    Date

1

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties Plaintiff shall be allowed to amend or supplement the complaint. Defendant shall have 20 days to respond.

Date:

_____
HON. JAMES WARE
U.S. DISTRICT JUDGE