*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
1/2/2008

Ronald Wilcox, State Bar No. 176601
Attorney at Law
2160 The Alameda, Suite F, 1st Floor
San Jose, California 95126
Telephone Number: (408) 296-0400
Facsimile Number: (408) 296-0486

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JASON MUSSYNSKI,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIPS & BURNS, LLC, ANGELA PRICE, and ANGELA RUSSO,<br><br>Defendants. | Case No. 07-04828 JW HRL<br><br>STIPULATION TO AMEND THE COMPLAINT and [PROPOSED] ORDER |

The parties hereby stipulate to allow the Plaintiff to amend or supplement the Complaint. The Amended Complaint is attached as **Exhibit A**. Defendants shall have 20 days to ~~answer~~ *respond*.

_____   12/20/07
Ronald Wilcox, Attorney for Plaintiff   Date

_____   12/19/07
John Dinapoli, Attorney for Defendants   Date

1

1  [PROPOSED] ORDER 

2  The attached exhibits do not reflect to the Court as being the Plaintiff's Amended Complaint.
   The Plaintiff shall file the Amended Complaint by January 4, 2008. The Defendant shall
3  respond by January 24, 2008

4

5

   Date:  January 2, 2008
6

7
                     _____ 
8  HON                                        E
   U.S.                                       GE
9

10

11

...

25

2