UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JASON MUSSYNSKI,

　　　　　　　　Plaintiff(s),

v.

PHILLIPS & BURNS, LLP, et al.,

　　　　　　　　Defendant(s).

Case No. 07-04828 JW

ADR CERTIFICATION BY PARTIES AND COUNSEL

　　　　Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

　　　　**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

　　　　**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

　　　　**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1-9-08

[Party]

Dated: 1/9/08

[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05