Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

ATTORNEY FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JASON MUSSYNSKI, <br><br> Plaintiff, <br><br> v. <br><br> PHILLIPS & BURNS, LLC, ANGELA PRICE, and ANGELA RUSSO, <br><br> Defendants. | CIV. NO. C07-04828 JW HRL <br><br> STPULATION TO CONTINUE 2/4/08 CMC AND RELATED DEADLINES PENDING SETTLEMENT; and [PROPOSED] ORDER <br><br> Date: February 4, 2008 <br> Time: 10:00 a.m. <br> Courtroom 8 <br> 4th Floor |

The parties have agreed to settle the matter. The parties respectfully request the Court continue the following events and deadlines for 30 days to allow for the settlement to be completed:

1. The events presently scheduled on January 28, 2008, i.e., filing of the Rule 26(f) Report, completion of initial disclosures or statement of objections in Rule26(f) Report, and filing of Joint Case Management Statement.

2. The Initial Case Management Conference presently scheduled on February 4, 2008.

Dated: January 25, 2008

_____
Ronald Wilcox, Counsel for Plaintiff

Dated: January 25, 2008

_____
John DiNapoli, Counsel for Defendants

- 1 -

[PROPOSED] ORDER

Pursuant to the Parties' stipulation the date of the events presently scheduled on January 28, 2008, is hereby continued to _____ 2008 and the February 4, 2008 Case Management Conference is hereby continued to _____ 2008.

**IT IS SO ORDERED.**

Date:

_____
JAMES WARE
U.S. DISTRICT COURT JUDGE