1

Ronald Wilcox, Esq., State Bar No. 176601

2

2160 The Alameda, Suite F, First Floor

3

San Jose, CA 95126

Tel: (408) 296-0400

4

Fax: (408) 296-0486

5

ATTORNEY FOR PLAINTIFF

6

**UNITED STATES DISTRICT COURT**

7

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

8

| | |
|---|---|
| JASON MUSSYNSKI, ) | |
| 9 | CIV. NO. C07-04828 JW HRL |
| Plaintiff, ) | |
| 10 | STPULATION TO CONTINUE |
| v. ) | 2/4/08 CMC **AND** RELATED |
| 11 | DEADLINES PENDING SETTLEMENT; and |
| ) | [PROPOSED] ORDER |
| 12 | |
| PHILLIPS & BURNS, LLC, ANGELA ) | Date: February 4, 2008 |
| 13 PRICE, and ANGELA RUSSO, ) | Time: 10:00 a.m. |
| 14 | Courtroom 8 |
| Defendants. ) | 4th Floor |
| 15 | |

16

17

The parties have agreed to settle the matter. The parties respectfully request the Court continue

18

the following events and deadlines for 30 days to allow for the settlement to be completed:

19

1.    The events presently scheduled on January 28, 2008, i.e., filing of the Rule 26(f) Report,

20

completion of initial disclosures or statement of objections in Rule26(f) Report, and filing

21

22

of Joint Case Management Statement.

23

2.    The Initial Case Management Conference presently scheduled on February 4, 2008.

24

Dated: January 25, 2008

25

Ronald Wilcox, Counsel for Plaintiff

26

Dated: January 25, 2008

27

John DiNapoli, Counsel for Defendants

28

[PROPOSED] ORDER

Before the Court is the parties' Stipulation to Continue the Case Management Conference presently scheduled for February 4, 2008.  Based on the parties' representations, the above-entitled matter has reached a settlement.  In light of the settlement, the Court vacates all trial and pretrial dates.  On or before **March 3, 2008**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **March 10, 2008 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b).  On or before **March 3, 2008**, the parties shall file a joint statement in response to the Order to Show Cause.  The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal.  If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  January 29, 2008

JAMES WARE
United States District Judge