RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Attorney for Plaintiff

# U.S. DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

JASON MUSSYNSKI,                    )
                                     )   Case No.  C07-04828 JW
            Plaintiff,              )
                                     )   **STIPULATION TO DISMISS AND**
PHILLIPS & BURNS, LLC, ANGELA       )   **[PROPOSED] ORDER**
PRICE, and ANGELA RUSSO,            )
                                     )
            Defendants.             )
_____)

    The parties have resolved this matter.  Therefore, the parties request this matter be dismissed with prejudice.

Dated: 2/13/08                      _____
                                    Ronald Wilcox, Counsel for Plaintiff

Dated: 2/13/08                      _____
                                    John Dinapoli, Counsel for Defendants

- 1

1

**[PROPOSED] ORDER**

2    Pursuant to the stipulation entered into by the parties this matter is hereby dismissed with

3    prejudice.

4

5    Date:

6

7    _____

8    HON. JAMES WARE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 2