RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Attorney for Plaintiff

**IT IS SO ORDERED**

*James Ware*

Judge James Ware

## U.S. DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

|  |  |
|---|---|
| JASON MUSSYNSKI, | ) |
|  | ) Case No.  C07-04828 JW |
| Plaintiff, | ) |
|  | ) **STIPULATION TO DISMISS AND** |
| PHILLIPS & BURNS, LLC, ANGELA | ) **[PROPOSED] ORDER** |
| PRICE, and ANGELA RUSSO, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

The parties have resolved this matter.  Therefore, the parties request this matter be dismissed with prejudice.

Dated: 2/13/08

_____
Ronald Wilcox, Counsel for Plaintiff

Dated: 2/13/08

_____
John Dinapoli, Counsel for Defendants

- 1

# [PROPOSED] ORDER

Pursuant to the stipulation entered into by the parties this matter is hereby dismissed with prejudice.

The Clerk shall close this file.

Date:    February 19, 2008

_____
HON. JAMES WARE

- 2